IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 1:21-cr-85 |
| v. | (Magistrate Judge Carlson) |
| JAHZAIRE GILLIAM and HANNAH LAPHAM,  Defendants | |

MOTION TO UNSEAL

The Government moves to unseal the Indictment because the defendants have been notified of the Indictment and the reason for sealing no longer exists.

Respectfully submitted,

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

 /s/  Carlo D. Marchioli
CARLO D. MARCHIOLI
ASSISTANT U.S. ATTORNEY
228 WALNUT ST., STE. 220
HARRISBURG, PA  17108
PHONE: 717-221-4482
FAX:  717-221-4493
carlo.d.marchioli@usdoj.gov
PA309217

O R D E R

SO ORDERED this 30th day of March, 2021.

*s/ Martin C. Carlson*
_____
MARTIN C. CARLSON
U.S. MAGISTRATE JUDGE